**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: July 27, 2011**

_____

(L13304/gn)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 11-33533 |
| | ) | |
| Mark A. Haden | ) | Chapter 13 Proceedings |
| Kimberly K. Haden | ) | |
| | ) | Judge Lawrence S. Walter |
| Debtors. | ) | |
| | ) | **AGREED ORDER RESOLVING** |
| | ) | **OBJECTION TO CONFIRMATION** |
| | ) | **OF CHAPTER 13 PLAN (DOC#15)** |
| | ) | **2007 Pontiac G6** |

This cause came before the Court by the agreement of the Debtors and Wells Fargo Bank, N.A.

By consent of the parties, the Court hereby finds as follows:

1)      That Wells Fargo Bank, N.A., holds a security interest in a 2007 Pontiac G6, VIN: #1G2ZF58B774177144 (the "Collateral").

2)      That the Debtors will retain the Collateral of Wells Fargo Bank, N.A.

3)      That the Debtors shall maintain adequate insurance coverage on said Collateral and shall provide Wells Fargo Bank, N.A. with proof of insurance upon request.

4)      That the value of collateral is stipulated by the parties to be $10,100.00 together thereon with interest at the prime rate plus 1.5% per annum.

5)      That the balance of the claim of Wells Fargo Bank, N.A. in the amount of $1,682.15 shall be allowed as a general unsecured claim.

6)      The Objection of Wells Fargo Bank, N.A. is hereby withdrawn.

IT IS SO ORDERED.

Submitted by:


/s/ Lindsey Hall
THEODORE A. KONSTANTINOPOULOS #0065542
LINDSEY HALL #0075152
CLINTON PRESLAN #0080748
Attorneys for Creditor
Javitch, Block, & Rathbone
1100 Superior Avenue, 19th Floor
Cleveland, Ohio 44114-9971
(216) 623-0000

/s/ Scott A. Kramer
Scott A. Kramer #0071997
Attorney for the Debtors
2275 Miamisburg-Centerville Road
Suite 400
Dayton, OH 45459
(937) 222-1700


/s/ Jeffrey M. Kellner
Jeffrey M. Kellner
Chapter 13 Trustee
131 Ludlow Street
900 Talbot Tower
Dayton, OH  45402-1161
(937) 222-7600

## CERTIFICATE OF SERVICE

Serve the default list

### #