# UNITED STATES BANKRUPTCY COURT

<u>SOUTHERN</u> District of <u>OHIO</u>

<u>WESTERN</u>  DIVISION AT DAYTON

In re:    <u>Mark A. Haden</u>                                                                 Case No. <u>11-33533</u>
<u>Kimberly K. Haden</u>

                                        Debtor(s)                                                  Chapter <u>13</u>

## Response to Notice of Final Cure Payment

Name of creditor: <u>Wells Fargo Bank, N.A.</u>          Last four digits of any number you use to identify the debtor's account <u>5714</u>

Uniform Claim Identifier: <u>n/a</u>                                    Court claim no. (if known): <u>6</u>

### Part 1: Status of Payments on Claim and Post-Petition Payments

In response to the Trustee's Notice of Final Cure Payment, Creditor states that:

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

☒ As of <u>2/9/2016</u>, Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.
　　☐ The Creditor contends that the Trustee disbursement(s) totaling _____ have not yet been posted to the account.  With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

☐ As of _____, Debtor(s) has **not** paid in full the amount required to cure the default on the Creditor's claim.
　　☐ The Creditor contends that the amounts itemized in Part 2 below remain unpaid.
　　☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account.  With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

**Section B: Status of Post-Petition Payment, Fees, Expenses and Charges (Choose ONE in Section B)**

☐ **Post-Petition Payments Paid by Debtor(s)**
　　☐ As of _____, the Creditor agrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges.  Debtor(s) is due post petition for _____.
　　☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges.  The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

☒ **Post-Petition Payments Paid by Trustee**
　　☒ As of <u>2/9/2016</u>, the Creditor agrees that the Debtor(s) is current with all post-petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.  Debtor(s) is due post petition for <u>3/1/2016.</u>
　　　　☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account.  With the application of those funds, the Debtor(s) will be current with all post-petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.
　　☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and/or charges consistent with Section 1322(b)(5).  The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

### Part 2: Itemization of Claim Amounts not Cured by Debtor(s)

Description                                                                                                                                                  Amount

1. Late Charges                                                                                                                                  (1) _____
2. Non-Sufficient funds (NSF) fees                                                                                                (2) _____
3. Attorney's fees                                                                                                                              (3) _____
4. Filing fees and court costs                                                                                                          (4) _____
5. Advertisement costs                                                                                                                  (5) _____

| | | |
|---|---|---|
| 6. | Sheriff/auctioneer fees | (6) _____ |
| 7. | Title costs | (7) _____ |
| 8. | Recording fees | (8) _____ |
| 9. | Appraisal/broker's price opinion fees | (9) _____ |
| 10. | Property inspection fees | (10 _____ |
| 11. | Tax advances (non-escrow) | (11 _____ |
| 12. | Insurance advances (non-escrow) | (12 _____ |
| 13. | Property preservation expenses | (13_____ |
| 14. | Escrow shortage or deficiency (not included as part of any installment payment listed in line item 15) | (14_____ |
| 15. | Past Due Payments | |

    _____ -- _____  ___   installments at _____        $0.00

    _____ -- _____  ___   installments at _____        $0.00

    _____ -- _____  ___   installments at _____        $0.00

    Past due payments prior to _____ in the total amount of $_____
    See attached for breakdown.

    Total payments due    (15)$0.00___

| | | |
|---|---|---|
| 16. | Other. Specify: | (16) _____ |
| 17. | Other. Specify: | (17) _____ |
| 18. | Unapplied Funds | (18) (_____) |
| 19. | Total Claim Amounts not cured by Debtor(s).  Add all of the amounts listed above. | (19)$0.00___ |

## Part 3: Itemization of Post-Petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)

Description    Amount

| | | |
|---|---|---|
| 1. | Late Charges | (1) _____ |
| 2. | Non-Sufficient funds (NSF) fees | (2) _____ |
| 3. | Attorney's fees | (3) _____ |
| 4. | Filing fees and court costs | (4) _____ |
| 5. | Advertisement costs | (5) _____ |
| 6. | Sheriff/auctioneer fees | (6) _____ |
| 7. | Title costs | (7) _____ |
| 8. | Recording fees | (8) _____ |
| 9. | Appraisal/broker's price opinion fees | (9) _____ |
| 10. | Property inspection fees | (10) _____ |
| 11. | Tax advances (non-escrow) | (11) _____ |
| 12. | Insurance advances (non-escrow) | (12) _____ |
| 13. | Property preservation expenses | (13) _____ |
| 14. | Past Due Payments | |

**Escrow advance on the account?**

☐ No

☐ Yes    Escrow advance balance on the account is _____ and will be collected through the escrow portion of the ongoing monthly installments.

| _____ -- _____ | ___ | installments at _____ | $0.00 |
| _____ -- _____ | ___ | installments at _____ | $0.00 |
| _____ -- _____ | ___ | installments at _____ | $0.00 |

Past due payments prior to _____ in the total amount of _____
See attached for breakdown.

                                             **Total payments due**     (14) $0.00

15. Other. Specify:                                                                     (15) _____
16. Other. Specify:                                                                     (16) _____
17. Unapplied Funds                                                                     (17) (_____)
18. Total post-petition payments, fees, expenses and charges not cured by Debtor(s).    (18) $0.00

/s/ Joel K. Jensen
Attorney for Creditor, Joel K. Jensen
Bar Registration No. 0029302
Lerner, Sampson & Rothfuss
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3349
(513) 354-6464 fax
sohbk@lsrlaw.com

**Additional Documentation**

Suspense Balance is  $143.56

# **CERTIFICATE OF SERVICE**

      The undersigned certifies that a copy of the foregoing Response to Notice of Final Cure Payment and Completion of Payments under the Plan of the secured creditor was electronically transmitted on February 15, 2016 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Jeffrey M. Kellner - Trustee
131 North Ludlow Street
Suite 900
Dayton, OH 45402-1161
ecfclerk@dayton13.com

Scott A. Kramer
130 W. Second Street
Suite 310
Dayton, OH 45402
kramerbankruptcy@yahoo.com

Office of The U.S. Trustee
170 North High Street
Suite 200
Columbus, OH 43215
USTPRegion09.CB.ECF@usdoj.gov

and by regular U.S. mail, postage prepaid, to:

Mark A. Haden
4449 Derwent Drive
Dayton, OH 45431

Kimberly K. Haden
4449 Derwent Drive
Dayton, OH 45431

                                                         /s/ Joel K. Jensen
                                                        Joel K. Jensen, Attorney for Creditor
                                                        Lerner, Sampson & Rothfuss
                                                        Bar Registration No. 0029302
                                                        Attorneys for Creditor
                                                        PO Box 5480
                                                        Cincinnati, OH 45201-5480
                                                        (513) 241-3100 ext. 3349
                                                        (513) 354-6464 fax
                                                        sohbk@lsrlaw.com